**UNITED STATES of America,
Appellee,**

v.

**Carlton BASS, Appellant.**

No. 08–2881.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 6, 2009.

Filed: Oct. 7, 2009.

Thomas Joseph Mehan, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Carlton Bass, Oakdale, LA, pro se.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

PER CURIAM.

Carlton Bass appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 36 motion to correct a "clerical error" in the October 1998 judgment in his criminal case. We agree with the district court that the type of error Bass alleged was not a clerical error, *see United States v. Yakle*, 463 F.3d 810, 811 (8th Cir.2006) (per curiam), and we affirm, *see* 8th Cir. R. 47B.

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.